Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000813
06-APR-2026
02:29 PM
Dkt. 58 OAWST

NO. CAAP-25-0000813

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST IX-A, Plaintiff-Counterclaim Defendant/Appellee, v.
LAURA TAGUIPED; LAURA TAGUIPED, TRUSTEE IN FOR TAGUIPED FAMILY TRUST, AS TRUSTEE OF A PRIVATE CONSTRUCTIVE IRREVOCABLE TRUST DATED DECEMBER 3, 2019 PRIVATE TRUST REGISTRARY NUMBER RE005531990US, AS THE SOLE TRUSTEE, Defendant-Counterclaimant/Appellant, and
CITIBANK (SOUTH DAKOTA), N.A.;
ASSOCIATION OF APARTMENT OWNERS OF KELLY CONDOMINIUM;
MAHANALUA NUI HOMEOWNERS ASSOCIATION, Defendants-Appellees, and
JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-5; DOE CORPORATIONS 1-5; DOE ENTITIES 1-5 and DOE GOVERNMENTAL UNITS 1-5, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CCV-25-0000085)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Guidry, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal with Prejudice (**Stipulation**), filed February 26, 2026, by

Defendant-Counterclaimant/Appellant Laura Taguiped, individually and as trustee of the Taguiped Family Trust, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own fees and costs; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own fees and costs.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, April 6, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge